IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-418

WELLS FARGO ADVISORS, LLC, )
)
Movant, )
)
v. ) ORDER
)
TIMOTHY M. WILLIAMS, )
)
Respondent. )
_____ )

This matter is before the Court on the Movant's Motion to "Confirm Arbitration Award and for Entry of Judgment." A party to an arbitration may within one year of the date of the arbitration award apply to the District Court for the geographic region in which the arbitration award was made for an order confirming the arbitration award. 9 U.S.C. §9.

Here, the arbitration award was granted in Durham, NC, in the Middle District of North Carolina. As the Movant mistakenly thought that Durham was in the Eastern District of North Carolina, the Court TRANSFERS this case to the Middle District of North Carolina pursuant to its powers under 28 U.S.C. § 1404.

SO ORDERED, this ___8___ day of June, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE